FRANK H. FOSGATE, JR., PLAINTIFF-RESPONDENT-CROSS-PETITIONER, v. JUNE STRELECKI, DEFENDANT - PE-TITIONER-CROSS-RESPONDENT.

*Mr. Arthur J. Sills, Mr. Elias Abelson* and *Mr. Thomas J. Savage* for the petitioner-cross-respondent.

*Mr. Charles J. Farley, Jr.* for the respondent-cross-petitioner.

May 14, 1968. Granted.

ARTHUR P. BRODERSON, PLAINTIFF-PETITIONER, v. JOHN SPERLING, *ET AL.*, DEFENDANTS-RESPONDENTS.

*Messrs. Teltser, Byrne & Greenberg, Mr. Bernard D. Pearl* and *Mr. Philip M. Freedman* for the petitioner.

*Messrs. Accardi & Koch* for the respondents.

May 14, 1968. Denied.

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. HENRY ALBANY, DEFENDANT-PETITIONER.

*Mr. Melvyn H. Bergstein* for the petitioner.

*Mr. Joseph P. Lordi* and *Mr. Alan Silber* for the respondent.

May 14, 1968. Denied.